John L. **WILLIAMS-EL,**
**Plaintiff-Appellant,**

v.

**James Greg COX, N.D.O.C. Director;**
**et al., Defendants-Appellees.**

**No. 16-15271**

United States Court of Appeals,
Ninth Circuit.

Submitted February 14, 2017 *

Filed February 23, 2017

John L. Williams-El, Pro Se

Before: GOODWIN, FARRIS, and FERNANDEZ, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

**MEMORANDUM ***

John L. Williams-El, a Nevada state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging constitutional violations in connection with his validation as a gang member. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Weilburg v. Shapiro,* 488 F.3d 1202, 1205 (9th Cir. 2007) (dismissal under 28 U.S.C. § 1915A); *Barren v. Harrington,* 152 F.3d 1193, 1194 (9th Cir. 1998) (order) (dismissal under 28 U.S.C. § 1915(e)(2)). We vacate and remand.

Dismissal without leave to amend was premature because it is not "absolutely clear" that the deficiencies in Williams-El's complaint could not be cured by amendment. *Weilburg,* 488 F.3d at 1205; *Lopez v. Smith,* 203 F.3d 1122, 1130 (9th Cir. 2000) (en banc) (standard of review); *see also Bruce v. Ylst,* 351 F.3d 1283, 1287 (9th Cir. 2003) (relevant question for gang validation due process claim is "whether there was 'some evidence' to support [the prisoner's] validation").

Accordingly, we vacate the judgment and remand for the district to give Williams-El an opportunity to amend his complaint.

**VACATED and REMANDED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.